ACCEPTED
15-25-00006
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/24/2025 4:44 PM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/24/2025 4:44:13 PM
CHRISTOPHER A. PRINE
Clerk

JOSEPH P. CORCORAN
ASSISTANT ATTORNEY GENERAL

(512) 936-1400
JOSEPH.CORCORAN@OAG.TEXAS.GOV

February 24, 2025

**VIA eFiling**

Hon. Christopher A. Prine
Clerk, Fifteenth Court of Appeals
Post Office Box 12852
Austin, Texas 78711

**Re:   No. 15-25-00006-CV,** *In re Michael Garrett*

**Rule 52.4—Waiver of Response**

Mr. Prine:

I represent two of the real parties in interest to this original mandamus proceeding; specifically, the (1) Texas Department of Criminal Justice ("TDCJ"), and (2) Texas Board of Pardons and Paroles (the "Board"). Please allow this letter to serve as my entry of an appearance of lead counsel on their behalf. *See* Tex. R. App. P. 6.1(b). You will find the information required by Tex. R. App. P. 6.1(c) in my signature block below.

Finally, on behalf of TDCJ and the Board, I respectfully waive the right to file an initial response to this mandamus petition unless one is requested by the Court. *See* Tex. R. App. P. 52.4 ("Any party may file a response to the petition, but it is not mandatory. The court must not grant relief—other than temporary relief—before a response has been filed or requested by the court.").

Sincerely,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General for
Criminal Justice

TOMEE HEINING
Acting Chief,
Criminal Appeals Division

 /s/ Joseph P. Corcoran
JOSEPH P. CORCORAN*
Deputy Division Chief
Criminal Appeals Division
*Attorney-in-Charge
Texas SBOT No. 00793549
Joseph.Corcoran@oag.Texas.gov

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE AND THE TEXAS BOARD OF
PARDONS AND PAROLES

## CERTIFICATE OF SERVICE

Because Relator is incarcerated, and because he is proceeding pro se, pursuant to Rule 9.5(b) of the Texas Rules of Appellate Procedure, I do hereby certify that a true and correct copy of the foregoing pleading was served by placing the same in the United States Mail, postage prepaid, on February 24, 2025, addressed to:

Michael Dante Garrett
TDCJ-CID #00697364
Estelle Unit
264 FM 3478
Huntsville, TX 77320-3320

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tammy Visage on behalf of Joseph Corcoran
Bar No. 793549
tammy.visage@oag.texas.gov
Envelope ID: 97737568
Filing Code Description: Other Document
Filing Description: Rule 52.4 - Waiver of Response
Status as of 2/24/2025 4:59 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Childress | | jennifer.childress@tdcj.texas.gov | 2/24/2025 4:44:13 PM | SENT |
| Bettie Wells | | bettie.wells@tdcj.texas.gov | 2/24/2025 4:44:13 PM | SENT |
| Joseph Corcoran | 793549 | Joseph.Corcoran@oag.texas.gov | 2/24/2025 4:44:13 PM | SENT |
| Joseph Corcoran | 793549 | Joseph.Corcoran@oag.texas.gov | 2/24/2025 4:44:13 PM | SENT |